JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA KANNE, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>WEST HILLS HOSPITAL, a corporation; and DOES 1 THROUGH 50, Inclusive,<br><br>            Defendant. | Case No.: 2:21-cv-02300-SVW-AFM<br><br>Hon. Stephen V. Wilson, Ctrm 10A<br>Mag. Alexander F. MacKinnon, Ctrm 780<br><br>**ORDER RE. STIPULATION TO REMAND**<br><br>Complaint filed: December 28, 2020 |

## ORDER

Having read and considered the Stipulation filed by the parties in this matter, and good cause appearing thereon:

**IT IS ORDERED THAT** this matter is hereby remanded to Los Angeles County Superior Court.

DATED: April 16, 2021

_____
HONORABLE STEPHEN V. WILSON
U.S. DISTRICT COURT JUDGE